IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1. AVIS HUNT, as Special Administrator for the ESTATE OF DAMON LAMONT FALLS, deceased, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. CIV-12-755-L |
| 1. DANIEL HERRING, Individually, 2. JACOB COLE, Individually, 3. ZACHARY MILLER, Individually, 4. RAMON CASTRO, Individually, 5. AARON WAKE, Individually, 6. TYLER DUNCAN, Individually, 7. THE CITY OF OKLAHOMA CITY, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## APPLICATION TO DISMISS DEFENDANTS' DANIEL HERRING AND TYLER DUNCAN

COMES NOW the Plaintiff and hereby submits to the Court an Application to Dismiss Without Prejudice certain Defendants. Based on the facts known to the Plaintiff at this time, it is requested that Defendants' Daniel Herring and Tyler Duncan be dismissed without prejudice from this matter.

s/Derek Franseen
Micky Walsh, OBA #9327
Derek S. Franseen, OBA #30557
Beeler, Walsh & Walsh, PLLC
4508 N. Classen Boulevard
Oklahoma City, Oklahoma 73118
(405) 843-7600 - Telephone
(405) 606-7050 - Facsimile
Counsel for Plaintiffs

and

Christopher W. Landes, OBA No. 19857
Devinney Law Firm, P.C.
115 E. Grand
Ponca City, OK 74601
Telephone: (580) 765-9660
Facsimile: (580) 765-9691

### CERTIFICATE OF ELECTRONIC FILING & NOTICE

This is to certify that on this 11th day of July, 2013, I electronically transmitted this document to the Clerk of the Court using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Richard C. Smith, OBA No. 8397
Jennifer Warren, OBA No. 30284
Assistant Municipal Counselors
200 N. Walker, Ste. 400
Oklahoma City, OK 73102
Telephone: (405) 297-2451
Facsimile: (405) 297-3851
rick.smith@okc.gov
Attorneys for City of Oklahoma City

Susan Knight, OBA No. 14594
Stacey Haws Felkner, OBA No. 14737
Manchester & Knight, PLLC
One Leadership Square, Ste. 800N
211 N. Robinson
Oklahoma City, OK 73102
Telephone: (405) 235-4671
Facsimile: (405) 235-5247
Attorneys for Officers Herring, Cole, Miller,
Castro, Wake and Duncan

/s/ Derek S. Franseen
Derek S. Franseen