# AFFIDAVIT OF CHIEF OF POLICE WILLIAM J. CITTY

COUNTY OF OKLAHOMA )
                                   ) SS.
STATE OF OKLAHOMA     )

Affiant, Chief William J. Citty, being first sworn upon his oath, states:

1. That I am the Police Chief of the City of Oklahoma City Police Department, and have been since October 24, 2003. That I have been employed by the City and assigned to its police department since 1977 as a police officer.

2. That I personally reviewed the Statement of Material Facts Not in Dispute in Defendant City's Brief in Support of Its Motion for Summary Judgment to be filed in the case of *Hunt v. Herring, et al.*, United States District Court for the Western District of Oklahoma, Case No. CIV-12-755-L and the exhibits referred therein.

3. That Facts Nos. 1-16, and 18-19 in the Statement of Material Facts Not in Dispute are true and correct. That Exhibits 2-62, 66-72, 74, 75 and 77, attached thereto, are true and correct copies of OCPD policies, procedures, rules, training records, and training outlines, or police reports and records concerning OCPD Incident No. 10-55281.

4. That Exhibits 63 and 64 are true and correct copies of the January 2007 Assessment Report, and the March 2007 and March 2010 accreditations received from CALEA (The Commission on Accreditation for Law Enforcement Agencies).

5. That all OCPD officers are required to comply with the policies, procedures, and rules contained in the OCPD Operations Manual.

FURTHER AFFAINT SAYETH NOT.

DATED THIS _15_ DAY OF _October_, 2013.

                                            _____
                                            Chief William J. Citty
                                            Oklahoma City Police Department

EXHIBIT 1

This instrument was acknowledged before me on the 15th day of October, 2013, by Chief William J. Citty.

*Meshelle R. Clipper*
Notary Public

My Commission Expires: _____

Commission Number: _____