# Training History For MILLER, ZACHARY SAMUEL 

*Class 122*
*Nov. 4, 2005 - May 4, 2006*

| Start Date | Course Title | Total Hours |
|---|---|---|
| 10/9/2012 | 2012 PHASE 3 IN SERVICE | 8 |
| 4/18/2012 | Less Lethal Procedure Update | 2 |
| 4/3/2012 | 2012 Phase 2 In-Service (Odd Com. Numbers) | 8 |
| 1/24/2012 | 1st Phase In-Service 2012 | 8 |
| 1/1/2012 | 2012 Non Super. Sexual Harassment Training | 1 |
| 10/20/2011 | 2011 Phase 3 In-Service | 8 |
| 6/29/2011 | ERT Training School | 10 |
| 5/12/2011 | LEDT In-Service CLEET # 11-2985 | 8 |
| 4/27/2011 | Prevention of and Response to Suicide Bombing | 8 |
| 2/23/2011 | Less Lethal Kinetic Impact Devices 2011 | 8 |
| 1/20/2011 | 1st Phase In-Service 2011 | 8 |
| 1/1/2011 | 2011 Non Super Sexual Harassment Training | 1 |
| 1/1/2011 | Active Prisoner Trng Power DMS Trng 11-04 | 1 |
| 1/1/2011 | Bloodborne Pathogen Training Trng 11-07 | 1 |
| 1/1/2011 | Integris Hospital Lockdown Proc SW | 1 |
| 1/1/2011 | Integris Hospital Lockdown Proc SW | 1 |
| 1/1/2011 | OCPD Drug & Alcohol Testing TRNG 11-03 | 1 |
| 1/1/2011 | Power DMS Range Rules Safety Trng 11-06 | 1 |
| 1/1/2011 | Use of Deadly Force | 1 |
| 10/11/2010 | 2010 3rd Phase In-Service | 8 |
| 8/25/2010 | OCPD Bomb Squad Booby Trap Course | 1 |
| 8/25/2010 | OCPD Bomb Squad Breaching Program | 1 |
| 8/25/2010 | OCPD Bomb Squad Commercial Bomb Threat Course | 1 |
| 8/25/2010 | OCPD Bomb Squad Gen Awareness | 1 |
| 8/5/2010 | 2nd Phase In-Service 2010 TC Classroom | 8 |
| 5/13/2010 | Use of Deadly Force 2010 | 1 |
| 5/6/2010 | M-26 / X-26 Taser Certification | 10 |
| 4/1/2010 | 1st Phase In-Service | 8 |
| 2/11/2010 | Intoxilyzer 8000 Transition Course | 1 |
| 1/1/2010 | On-Line Non-Supervisor Sexual Harassment 2010 | 1 |
| 10/15/2009 | 3rd Phase In-Service 2009 | 8 |
| 7/7/2009 | 2009 Phase II LEDT In-Service | 8 |
| 6/22/2009 | 2009 Advanced Patrol Tactics | 50 |
| 2/19/2009 | 1st Phase In-Service 2009 | 8 |
| 2/19/2009 | Buccal Swab Collection 2009 | 1 |
| 10/16/2008 | 2008 3rd Phase In-Service | 4 |
| 8/7/2008 | 2nd Phase 2008 In-Service (LEDT) | 8 |
| 5/15/2008 | Use of Deadly Force 2008 | 1 |
| 5/8/2008 | Animal Cruelty & Animal Fighting Inv. | 8 |
| 3/20/2008 | 1st Phase 2008 In-Service Training | 8 |
| 2/7/2008 | Mobile CAD- (Refresher) 2008 | 4 |
| 8/23/2007 | 3rd Phase In-Service | 4 |
| 6/21/2007 | 2nd Phase 2007 In-Service (LEDT) | 8 |
| 5/17/2007 | 2007 Use of Force In-Service | 1 |
| 5/15/2007 | Mobile CAD In-Service | 4 |
| 1/24/2007 | 1st Phase 2007 In-Service Training | 4 |
| 11/29/2006 | OK Traffic Collision Report | 8 |
| 10/17/2006 | 3rd Phase 2006 In-Service | 5 |
| 9/25/2006 | CDT update for CALEA | 1 |
| Null | Null | Null |

Information retrieved and printed from the Tracker on 10/24/12 by PDPC1129

**EXHIBIT 23**