

Attachment # 6-D-4

# TASER
## PROTECT LIFE

| TASER Information | | Downloaded By | |
|---|---|---|---|
| Serial # | *X00-539543* | Name | *Blake Webster* |
| Model # | *X26* | Dept | *OCPD* |
| X26 Software Version | *22* | Rank | *MSgt* |
| Dataport CD Version | *17.9* | Windows Version | *Windows XP* |
| Record Date Range | *07/04/2010 - 07/06/2010* | Report Generated | *12/20/11 13:32:47 (local)* |
| Computer Time Zone | *Central Standard Time *DST* | | |
| Using Daylight Savings Time | *Yes* | | |

### Recorded Firing Data

| Seq | GMT Time | Local Time | Duration | Temp | Battery |
|---|---|---|---|---|---|
| 0006 | 07/05/10 20:54:15 | 07/05/10 15:54:15 | 1 | 21 | 78 |

### Recorded X26 Time Changes

| Seq | GMT Time | Local Time | Change Type |
|---|---|---|---|
| 0001 | Incomplete Time Change Record | | |
| 0002 | 02/24/10 21:50:44 | 02/24/10 15:50:44 | FROM |
| 0003 | 02/24/10 21:50:44 | 02/24/10 15:50:44 | TO |
| 0004 | 04/29/10 15:03:43 | 04/29/10 10:03:43 | FROM |
| 0005 | 04/29/10 15:02:05 | 04/29/10 10:02:05 | TO |
| 0007 | 12/20/11 19:48:14 | 12/20/11 13:48:14 | FROM |
| 0008 | 12/20/11 19:31:17 | 12/20/11 13:31:17 | TO |

End of Report.

**EXHIBIT 24**