*HUNT v. HERRING, et al.,*

CIV-12-755-L

SURVEILLANCE VIDEO FROM THE

DOLLAR GENERAL STORE (FILED CONVENTIONALLY)

**EXHIBIT**

67

exhibitsticker.com