*HUNT v. HERRING, et al.*,

CIV-12-755-L

EMSA RECORDS

(FILED UNDER SEAL)

EXHIBIT 76