IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

(1) AVIS HUNT, as Special          )
    Administrator for the          )
    ESTATE OF DAMON LAMONT         )
    FALLS, deceased,               )
vs.                                ) Case No. CIV-12-755-L
                                   )
(1) DANIEL HERRING,                )
    Individually, while acting)
    under color of law, as an )
    Oklahoma City Police           )
    Officer, and                   )
(2) JACOB COLE, Individually,  )
    while acting under color   )
    of law, as an Oklahoma     )
    City Police Officer, and   )
(3) ZACHARY MILLER,                )
    Individually, while acting)
    under color of law, as an )
    Oklahoma City Police           )
    Officer, and                   )
(4) RAMON CASTRO,                  )
    Individually, while acting)
    under color of law, as an )
    Oklahoma City Police           )
    Officer, and                   )
(5) AARON WAKE, Individually,  )
    while acting under color   )
    of law, as an Oklahoma     )
    City Police Officer, and   )
(6) TYLER DUNCAN,                  )
    Individually, while acting)
    under color or law, as an )
    Oklahoma City Police           )
    Officer, and                   )
(7) THE CITY OF OKLAHOMA CITY )
    a municipal Corporation,   )

DEPOSITION OF JACOB ANDREW COLE
TAKEN ON BEHALF OF THE PLAINTIFF
ON JULY 10, 2013
IN OKLAHOMA CITY, OKLAHOMA

REPORTED BY:  JILL OTWELL, CSR, RPR

1    **Q**    How long would it have taken you then to get

2  to the Dollar General store?

3    **A**    Three minutes, four minutes.

4    **Q**    Did you hear any other radio calls come

5  across concerning this matter?

6    **A**    Once we were headed that way, I started

7  getting more information on the call.  I could see the

8  information that was on the screen.  I understood that

9  they were starting to get nervous and the information

10  of the guy with the mask -- or not the mask.  I'm

11  sorry.  The disguise with the beard and the wig

12  started piquing my ideas of, you know, go ahead and

13  start going that way.

14        And then about the time Officer Miller and

15  myself get to the I-35 overpass of Southeast 44th is

16  when we hear Officer Wake say -- I heard "Gun.

17  Running westbound 44th Street."

18    **Q**    And the overpass of I-35 and 44, how far

19  further to the east do you have to travel to get to

20  the Dollar General store?

21    **A**    West.

22    **Q**    West.  Excuse me.

23    **A**    Two, 300 yards.

24    **Q**    Did you see anyone running at that point?

25    **A**    No.  That's -- it dips down and kind of

1     **Q**    How did you know it was Wake?

2     **A**    You work around somebody long enough, you

3 can hear their voice. You know, you recognize their

4 voice on the radio.

5     **Q**    Specifically if you can tell me just word

6 for word what you recall hearing.

7     **A**    I remember hearing, "Gun. He's running

8 westbound 44th towards the train tracks."

9     **Q**    What is your reaction to that?

10     **A**    I turn on my lights, my sirens and I go full

11 throttle. I'm running code and I'm running, getting

12 there as fast as I can.

13     **Q**    When you get to the scene, what do you see?

14     **A**    I see who I now know to be Mr. Falls on the

15 ground. Wake is around -- up by his head. And then

16 Castro is straddling him with his -- on his upper

17 legs, lower butt area. And Wake's trying to hold

18 Mr. Falls down. He's got a hand in his back and he's

19 got -- Mr. Falls has got a gun there. And at first, I

20 was like -- and I realized that it was Mr. Falls' gun.

21 Officer Miller, who was in front of me, arrived at the

22 same time. He gets over there on the right side.

23     **Q**    Back up for one second. How far away from

24 Mr. Falls do you park your vehicle?

25     **A**    Eight to ten yards tops. I mean, I'd say

1   eight yards was probably maximum.

2      **Q**   And there are certain observations that

3   you're making before you ever get out of your vehicle,

4   isn't there?

5      **A**   Yes.

6      **Q**   Tell me those observations you made prior to

7   getting out of your vehicle, and then we'll talk about

8   the observations you're making as you're going.

9      **A**   As we're pulling up, I see him on the

10   ground. Officer Wake's towards Falls' head. Castro's

11   straddling him. And that's about the time -- I'm

12   watching traffic, because I'm in -- I'm in the

13   westbound lane of traffic, so I have eastbound traffic

14   coming at me, trying to get across to make sure I

15   don't get hit in the process.

16      So as soon as I can -- trying to keep my

17   attention. As soon as I get enough space, I get over,

18   run out, I exit my car, Sergeant Miller is exiting his

19   car. We run to opposite sides of Mr. Falls.

20      I see Miller start to assist with trying to

21   get an arm out on the right side and I see that Wake's

22   holding this gun in the air. And he goes, "Take

23   this." Or "Take this and do something with it."

24      **Q**   So which hand is he holding the gun in?

25      **A**   I believe it was his right.

1    Q    And so he's only able to then secure Mr.
2 Falls with his left hand?

3    A    He's holding him down and he looks like he's
4 getting his weight into him, but he's bucking and he's
5 trying to get -- trying to crawl up.  He's got his
6 hands underneath him, which is odd for somebody that's
7 trying to get up as it appeared he was doing with his
8 legs, because when people -- most people when they try
9 to get up, they get their arms up high so they can
10 push up.

11    Q    Does what you see him doing with his legs
12 indicate he's trying to get up?

13    A    He's pulling -- he's pulling, you know,
14 trying to pull knees up towards his body.

15    Q    You're seeing him trying to pull both the
16 right and left knee up?

17    A    Well, I couldn't tell if he was pulling
18 right and left.  Because every time he would, he'd
19 kind of go back down, because he couldn't get a base
20 under him because he wouldn't take his hands out from
21 his waist, which is what bothered me the most because
22 I don't know why -- I know he's already had one gun.

23         So I take the gun from Wake and rather than
24 take the time to go back to my car, secure it, and
25 back to the struggle, I just -- there was nobody else

1    **Q**    Is any other part of his body on top of

2  Mr. Falls?

3    **A**    I don't believe so.

4    **Q**    So he's off to which side?

5    **A**    I believe he was more towards being directly

6  at the head.

7    **Q**    Was he then -- was his head facing towards

8  the rear of Mr. Falls?

9    **A**    Mr. Falls' head was towards the south.

10    **Q**    Okay.

11    **A**    His feet were towards the north.

12    **Q**    Okay.

13    **A**    Which is where the road was.  Officer Wake

14  was at his head, facing back to the north.  He had his

15  left hand trying to help keep him down but only having

16  one hand to do that with was not being very

17  successful.

18        Officer Castro, who was facing south and was

19  sitting on Mr. Falls' legs, was not having a very --

20  not having a very effective time keeping his lower

21  body pinned to the ground.  Because of Mr. Falls' size

22  and strength, he was, you know, he was bucking up

23  under Officer Castro.

24    **Q**    Was he attempting to get his right arm out

25  when you came to the scene?  I'm talking about Officer

1  Castro.

2      **A**    His right arm?

3      **Q**    Yes.

4      **A**    Yes.  It appears like he was trying to get a

5  hold of him from behind and still try to hold him down

6  and try to pull.  And that's where Officer Miller came

7  to try to assist.

8      **Q**    At the time that you got there, from the

9  first observation you made of what was going on, you

10  never saw Officer Castro with his service weapon out?

11      **A**    No.

12      **Q**    Kind of going through just kind of what you

13  saw at that point.  So you get over there, Miller goes

14  to the right side to try to help, you go to the left

15  side.  What do you start doing at that time after you

16  get rid of this gun?

17      **A**    After I get rid of the gun, I realized, you

18  know, this guy's already had one weapon, he's got his

19  hands around his waistband, which is where most people

20  usually carry weapons.  We don't know if he's got

21  another weapon or not.  If he does have a weapon under

22  there, it's not going to take much for him to get it

23  out and use it on one of us.  So I become of the

24  opinion that I need to use my Taser.

25      **Q**    As you're making these observations, are you

1    **Q**    So he's back at the leg area?

2    **A**    On the upper legs, legs, butt area.  He's

3 not all the way up on his lower back, but he's not all

4 the way down to his knees.

5    **Q**    Do you at any time see Officer Castro lean

6 forward to apply with his elbow a pressure point in

7 the right side of Mr. Falls' neck?

8    **A**    Not that I recall.

9    **Q**    And where is Officer Miller at this point?

10    **A**    He's still on Mr. Falls' right side.

11    **Q**    During this five to ten seconds in between

12 the time that you take the gun until you say "Taser,

13 Taser," do you ever see Officer Miller attempt to

14 extricate the right arm?

15    **A**    When he come up initially, I believe that

16 was his first action was to attempt to help try to get

17 that right arm out.

18    **Q**    And do you ever see them being successful

19 before you say "Taser, Taser" in extricating that

20 right arm?

21    **A**    No.

22    **Q**    So you say "Taser, Taser."  You're still in

23 the squatting position?

24    **A**    Uh-huh.

25    **Q**    And you deploy a full deployment of the

1    Taser?

2        **A**    Yes.

3        **Q**    And you think this would have been something

4    less than a foot away?

5        **A**    Yes.

6        **Q**    Do you have any estimate as to how far away?

7        **A**    I would say six to eight inches, ten inches.

8        **Q**    At that point that you're making that

9    deployment, you know you're not going to get a good

10   spread, don't you?

11       **A**    Yes.

12       **Q**    You already know that you're going to have

13   to use this machine in a drive stun situation, don't

14   you?

15       **A**    In a cartridge on drive stun, yes.

16       **Q**    Yet you pull the trigger and you activate

17   the trigger for 12 seconds at that point, don't you?

18       **A**    Yes.

19       **Q**    I mean, knowing that you're now going to

20   have to put this into a drive stun, why did you keep

21   the trigger depressed for that period of time?

22       **A**    I went to do a drive stun -- to do the

23   cartridge on drive stun and I see that it's -- it's

24   not -- the cartridge on drive stun is not working.

25   I'm not having the desired effect.  I'm trying to find

1   a place to make a good contact with it and I'm not

2   successful.  And I just -- I kept it -- I kept the

3   trigger depressed.

4       Q    But when I read this report and I listened

5   to the recorded statement that you gave, I had

6   understood that the initial 12 seconds, there was

7   never an attempt at a drive stun.  The first 12

8   seconds of trigger depression, you are seeing if

9   you're getting any response at that point.  It is only

10  after that 12 seconds that you then apply the first

11  drive stun?

12      A    No.  That's not correct.

13      Q    You've read this report, haven't you?

14      A    Yes.

15      Q    Was that put there in error?

16      A    That was a misstatement, yes.

17      Q    Did you ever -- when's the first time you

18  got a copy of this typewritten summary of your

19  statement?

20      A    Shortly after this was -- this all started,

21  the whole lawsuit process.

22      Q    Did you go to the reporting officer, Officer

23  Whiteburg, and tell him that that was done in error?

24      A    No.

25      Q    Because I am correct, that's what the report

1  indicates is that for the first 12 seconds, there was

2  no drive stun being applied.

3      **A**    That's the way I understand how you could --

4  yes.  I mean, that is an error.  Because that was my

5  intention the whole time was to deploy it and conduct

6  the cartridge on drive stun.

7      **Q**    And you're saying that within that first 12

8  seconds of the initial deployment of the Taser gun,

9  you did attempt a location of a drive stun?

10     **A**    Yes.

11     **Q**    Where was that location that you selected?

12     **A**    I tried to go below -- I try to go as low as

13  I can.  And I was trying to get to his buttocks area.

14  I couldn't get too low because Castro was still on him

15  and I didn't want to get Castro.

16          And as I'm not finding an area that it

17  works, I attach it -- attach it.  I put it on a couple

18  of seconds, doesn't work.  I move it to another area

19  and I'm not sure why it's not working.  And I'm trying

20  to find a spot where it will work.  I release it.

21     **Q**    You saw in the report where there were -- I

22  think in addition to the probe marks, there were seven

23  additional prong -- two prong marks that the medical

24  examiner found, correct?

25          MR. SMITH:  Object to the form.  You can

1   answer if you understand it.

2          THE WITNESS:  I don't believe they called

3   them prong marks.  I believe they had another name for

4   them.

5      Q     (By Mr. Walsh)  Marks made by the drive

6   stun.

7      A     Correct.

8      Q     And what you're telling me now is that you

9   actually did two drive stuns during the initial 12

10  second initial deployment?

11     A     I may have gone to three different areas.

12     Q     Have you ever seen the report that Sergeant

13  Webster prepared concerning this matter?

14     A     I did read over it.  I glanced at it.  It's

15  been awhile.

16     Q     Sergeant Webster gives an explanation for

17  the number of marks found is that it could be related

18  to Mr. Castro's moving.

19     A     Castro?

20     Q     Excuse me.  Mr. Falls moving during that

21  time.  Was Mr. Falls moving as you're applying the

22  drive stun?

23     A     The cartilage on drive stun or the normal

24  drive stun?

25     Q     The cartridge for that first 12 seconds that

1  we're doing this.

2     **A**   He's -- he is still moving in the way that

3  he was prior to me deploying.  There was no change in

4  his behavior.  And there was no -- he did not stop

5  what he was doing.

6     **Q**   I've got a pretty good idea based on what

7  you told me about his lower extremities and what he

8  was doing, trying to get his knees or knee up under

9  him.

10       What movement are you seeing of his upper

11  torso prior to making this deployment?

12     **A**   He's jerking.  Riding around on the ground

13  would be a good -- I believe would be a good term.

14     **Q**   And are you seeing his arms moving under

15  him?

16     **A**   I'm not seeing anything other than him

17  keeping his hands towards his waist.

18     **Q**   You don't know where his hands are at that

19  point, do you?

20     **A**   They were lower than his chest.  They were

21  not up here.  They were down here.  (Indicating).

22     **Q**   You don't see any indication of digging with

23  his hands, do you?

24     **A**   I guess you'd have to define digging.  Are

25  you talking big, furtive large motions?  Or is he --

1   because I mean you could dig without making big

2   motions.  All you need is your fingers.

3       Q    I understand.  As you're doing that, you're

4   still getting some upper arm movement, aren't you?

5       A    His body and his arms are moving and he's

6   doing -- his arms are moving, yes.  His upper arms are

7   moving which would move his lower arms.  I mean, you

8   could say he was digging.  I mean, that would --

9       Q    But you don't know that that was taking

10  place, do you?

11      A    I don't know it's not either.

12           MS. KNIGHT:  Object to the form.

13      Q    (By Mr. Walsh)  I understand.  You don't

14  know it was taking place, do you?

15           MR. SMITH:  Object to the form.

16           THE WITNESS:  And not knowing is what

17  bothers me.

18      Q    (By Mr. Walsh)  I just need you to answer

19  that question.  You know --

20      A    No.

21      Q    Okay.  So how many drive stuns can you

22  recall doing during that initial 12 seconds?

23      A    I know I tried at least two locations,

24  possibly a third.

25      Q    And this would have been through the

1    sweatshirt that he was wearing?

2        **A**    This would have been through the pants he

3    had on, sweatshirt.  Like I said, I was trying to get

4    as low as I could without actually touching Officer

5    Castro with it.

6        **Q**    So you think you were down in the area where

7    his pants were located doing this as well?

8        **A**    Probably around his waist, maybe a little

9    lower.

10       **Q**    So then after this initial 12 seconds,

11   what's the next thing that you do?

12       **A**    I did another cartridge on drive stun.

13       **Q**    And why did you elect to do a cartridge on

14   drive stun rather than remove the cartridge?

15       **A**    I just did.  I didn't -- the thought to

16   reload didn't cross my mind.

17       **Q**    Okay.  I'm not asking you to reload.  But

18   you told me that you also did drive stuns once you

19   removed the cartridge, correct?

20       **A**    Right.

21       **Q**    So why didn't you remove the cartilage

22   before you did another drive stun?

23       **A**    Because I know that the cartridge on drive

24   stun is a more effective method of using it and I'm

25   trying to use the most effective method, and I thought

1  look to make sure that you had two leads with wire?

2      **A**    No.

3      **Q**    If you had seen that you did not have two

4  wires, what would you have done?

5      **A**    I'd have reloaded with my other cartridge

6  and done the same thing I did the first time.

7      **Q**    During that initial 12 seconds when you

8  applied the Taser after the initial deployment and

9  you're doing the drives, either two or however many

10  you did at that point, is this having any effect on

11  Mr. Falls?

12      **A**    None.

13      **Q**    What are you thinking at that point?

14      **A**    I'm thinking that I'm not able to get a good

15  connection through clothing because of the -- I'm

16  thinking that there's some reason that I'm not getting

17  a connection and I'm trying to figure out what it is.

18  And I'm trying to assess the situation as I'm doing

19  it.  And I'm thinking that my lack of connection is

20  coming from the Taser end and not the barb end.

21      **Q**    Is Officer Miller talking to you during this

22  time?

23      **A**    I don't remember Miller talking to me until

24  he said something about here, let me pull his shirt up

25  or I'm pulling his shirt up.

1     Q    And it lasted for 12 seconds?

2     A    Yes.

3     Q    We see a second deployment taking place at

4  19:42.19.

5     A    Yes.

6     Q    Is that still a drive stun with the

7  cartridge in place?

8     A    That one would be, yes.

9     Q    And that deployment lasts for five seconds?

10    A    Yes.

11    Q    Now, we see, looking out to the side, if we

12  look at the first sheet, the first -- after the local

13  time, it gives you duration, temp and battery in those

14  categories.

15    A    Okay.

16    Q    As far as the temperature, 30 degrees,

17  anything that you -- is that an appropriate

18  temperature?

19    A    I don't know.

20    Q    And we see that the battery percentage is

21  62 percent.

22    A    Okay.

23    Q    That would indicate to you that this thing,

24  this unit should still be operating at maximum

25  efficiency with that battery power?

1    **Q**    Then we have a two second delay and we have

2  another application.

3    **A**    Yes.

4    **Q**    And that is also for five seconds.

5    **A**    Yes.

6    **Q**    For each -- and there are four of the five

7  second applications.  Does this indicate to you that

8  like in the second application, you pull the trigger,

9  released?

10    **A**    Correct.

11    **Q**    The 42:47 application is for five seconds.

12  Do you know where this application was made?

13    **A**    In relation to?

14    **Q**    Where on the body?

15    **A**    Somewhere on the back.

16    **Q**    That would take us to 42:52.  And then we

17  have a total of 12 seconds that go by before the fifth

18  and last deployment of the Taser, correct?

19    **A**    Correct.

20    **Q**    Now, during any of these deployments, were

21  you noticing any difference in the activity of

22  Mr. Falls?

23    **A**    I could tell that the drive stuns, without

24  the cartridge on, were having an effect.  Because he

25  would actually reach his hand around and grab -- at

1  one point, actually grabbed a hold of it and to pull

2  it off.

3      Q    At the time that he did that, was there

4  someone there to grab that arm?

5      A    I believe they tried to.  When he realized

6  somebody was trying to grab my arm and he also grabbed

7  a hold of the live end of the Taser, he jerked back

8  around.

9      Q    So he came in contact with the contact

10  points of the Taser?

11      A    I can't say that he did.  I would say that

12  that would be a reason, another reason to, you know,

13  move -- that he might have moved his hand around

14  because he grabbed a hold of it and pushed it away

15  from his back.

16      Q    Did you look at his hands to see if there

17  were any marks on his hands?

18      A    No.

19      Q    Would there be marks on his hands?

20      A    Possibly.

21      Q    There should be, shouldn't there?

22          MS. KNIGHT:  Object to the form.

23          MR. SMITH:  Same objection.

24          THE WITNESS:  Possibly.  There could be.

25  Could not be.

1     **Q**    (By Mr. Walsh)   Which hand did he grab?

2     **A**    Right.

3     **Q**    Do you recall after which of these

4 applications he grabbed for the stun gun?

5     **A**    I believe he did it on at least two

6 occasions.  Because that's how they were able to get a

7 hold of -- finally get a hold of his right arm when he

8 grabbed a hold of it.  When he got his hand back

9 around, everybody else grabbed that arm and held onto

10 it and that's when they got cuffs onto it and were

11 able to hold onto it.

12     **Q**    You had told me earlier that if the prongs

13 with leads are attached and you do the drive stun with

14 the cartridge on, that is more effective than just a

15 drive stun without the cartridge, correct?

16     **A**    Correct.

17     **Q**    If the prongs are not operational, which is

18 more effective, the drive stun with the cartilage or

19 without?

20     MR. SMITH:  Object to the form.

21     THE WITNESS:  I would say they would be

22 equally the same.

23     **Q**    (By Mr. Walsh)  So from the time that you

24 start this operation of the Taser deployment, we

25 have just -- we have 55 seconds that go by before

1   the last application and really after the last

2   application we're at 43:09, aren't we?

3       A    Yeah.

4       Q    That is one minute that has gone by?

5       A    Yes.

6       Q    During that one minute, you have seen the

7   change that you've described for me in Mr. Falls?

8       A    Yes.

9       Q    How soon after the last deployment of the

10  Taser at 43:04 was it before the handcuffs were

11  secured on Mr. Falls?

12      A    I know that that's the point where the first

13  set of the handcuffs went on.  Once we had one set of

14  handcuffs on and one arm secured, I put my Taser away.

15  And honestly I don't recall how we got his left arm

16  out, but it came out.  Somebody got some cuffs on him

17  and we hooked him together.

18      Q    If we -- on this 12 seconds, I mean,

19  regardless if those leads are working or not, when you

20  do the drive stun or drive stun with the cartridge on,

21  you are still being effective with the Taser gun,

22  aren't you?

23      A    Not necessarily.

24      Q    So are you saying that even when you make

25  contact with the person in the drive stun, with the

1  Taser. I mean, there's wires still going across the

2  back and he's still there but he had to have touched

3  the Taser.

4      **Q**   Now, at the time that Mr. Falls reached

5  back, did you remove the Taser from the direct drive

6  stun?

7      **A**   No. He did.

8      **Q**   So it was not in contact during that time?

9      **A**   Correct.

10     **Q**   So do you know when in the cycle that

11  occurred?

12     **A**   No.

13     **Q**   I mean --

14     **A**   I was just amazed that I'm into him, you

15  know, pushing this into his back. And I mean, that's

16  not a very strong position, you know, and he's -- I

17  was amazed that he was pushing that away, so I pulled

18  it away and restarted a cycle and applied again.

19     **Q**   During that five second cycle if you want to

20  discontinue the Taser, can you hit the safety to click

21  it off?

22     **A**   Yes.

23     **Q**   Did you at any time do that?

24     **A**   No.

25     **Q**   Of the 32 seconds that we have activation of

1  this Taser, it sounds like we don't have full contact
2  during that entire 32 seconds.

3      A   Correct.

4      Q   Do you have any estimation as to how much
5  time you lost either -- or through the efforts of
6  Mr. Falls trying to get that removed from his back?

7      A   I would say half.  Between that and me
8  pulling it away from when Wake got himself shocked and
9  just him moving in general, you know, and not being in
10 full contact the whole time, I would say we -- I would
11 estimate, I'd say half.  That's not based on anything.

12     Q   That's what I was going to ask you.  Because
13 before you said a guess and now you said estimate.
14 But it's still just a guess?

15         MR. SMITH:  Object to the form.

16         THE WITNESS:  (Nodded in the affirmative).

17     Q   (By Mr. Walsh)  What happens, then, after
18 you stop deployment of the Taser?  Take me through
19 what you did and what you saw occurring.

20     A   We already had a hand on or a cuff on his
21 right hand.  We were able to get his left hand out.
22 Got him --

23     Q   Who got the left arm out?

24     A   I don't recall.  I don't recall how it came
25 out.  It come out, another set of cuffs was put on him

1     **A**    There were miscellaneous objects in his

2   pocket, and then there was all the stuff that was

3   laying on the ground.  There was a pair of keys on the

4   ground, his wig, his mask, his hat.  I think there was

5   a pair of gloves in his pocket also.

6     **Q**    What did you do after you had searched him

7   or assisted Officer Miller in searching him?

8     **A**    Like I said, we tried to keep him from

9   rolling around.  And when EMSA showed up, they came

10  over.  They looked at him.  He was, you know, still

11  moving around, being belligerent.  He was yelling.

12     **Q**    What was he yelling?

13     **A**    I don't recall what he was yelling.

14     **Q**    Could you understand it at the time?

15     **A**    I don't know that he was actually yelling

16  words.  I couldn't tell you.  I just don't recall.

17     **Q**    What's the next thing you did out there?

18     **A**    Once the EMSA paramedics walked up, looked

19  at him, said he's fine, they walked off.  Waited --

20     **Q**    You haven't talked about his spit coming

21  out.

22     **A**    At some point during the search, he had

23  tried to spit.  I believe it was on Officer Miller.

24  And then somebody -- we asked for a spit sock, spit

25  hood, spit mask, whatever you want to call it.  And it

1   was placed on him.  It doesn't restrict his breathing

2   any.  And waited for the lieutenants to show up.

3   There was a period of time, you know, waiting for them

4   to show up because they were coming from quite a bit

5   of ways away.

6          And once Lieutenant Strecker had gotten

7   information, I got a brown paper sack out of my car to

8   police up my stuff so I could book that in.  The

9   cartridge and the wires have to be booked into the

10  property room for evidence when they're used.  And

11  then we were going to go ahead and transport

12  Mr. Falls.

13      Q    Back up for one moment.  The paramedics when

14  they arrived, how many paramedics were there?

15      A    Two.

16      Q    Both males or male, female?

17      A    Male, female.

18      Q    Which paramedic went by and looked at

19  Mr. Falls?

20      A    I believe it was the male.

21      Q    Did he at any time stop and examine

22  Mr. Falls?

23      A    Other than a visual once over?

24      Q    Yes.  Did Mr. Falls do anything that

25  prohibited him from doing that?

1     **A**    I mean, he was loud and yelling.  I don't

2    see -- I can't think of anything that would have kept

3    him from doing it.

4     **Q**    So after the paramedics had checked him out,

5    let's move to the point -- anything that you recall

6    that you think is significant that took place from the

7    time a paramedic looked at him until the time you're

8    getting him up and trying to get him to the car?

9     **A**    No.

10     **Q**    Let's talk about what happened when you

11    tried to get him up.  Who was helping you?

12     **A**    I believe that I've heard that it was

13    Castro.  But I still couldn't tell you off the top of

14    my head.

15     **Q**    At the time of the report, you did not know

16    who it was?

17     **A**    No.

18     **Q**    So what did you guys do?

19     **A**    We go to pick him up under the arms like,

20    come on, let's go, we're going to go to the hospital

21    and get you checked out.  Because that's part of our

22    procedure after using a Taser, you have to take them

23    to the hospital.  They have to pull the darts out.

24    We're not allowed to do it.  When -- at first, it was

25    like he just didn't want to get up.  And then we kind

1   the federal guidelines were back in July of 2010, do

2   you?

3       A    No.

4       Q    The stun gun that you're using, you haven't

5   changed it, it's not more powerful now than what it

6   was back in July of 2010, is it?

7       A    No.

8       Q    And other than to comport what you think are

9   federal guidelines, you don't have any other reason or

10  knowledge as to why the policies and procedures were

11  changed?

12      A    No.  And that was just something I'd heard.

13  That's not me saying that's the reason.

14      Q    Who told you this?

15      A    Scuttlebutt.

16      Q    Can you give me the name of anyone?

17      A    No.

18           MR. WALSH:  Thank you.

19                  RE-EXAMINATION

20  BY MR. SMITH:

21      Q    One more question.  I want to make sure.

22  You never Tased Mr. Falls while a handcuff was on him,

23  correct?

24      A    Correct.

25      Q    You didn't Tase him when two handcuffs were