Tyler Scott Duncan
7/10/2013

```
        IN THE UNITED STATES DISTRICT COURT
        FOR THE WESTERN DISTRICT OF OKLAHOMA
```

(1) AVIS HUNT, as Special            )
    Administrator for the            )
    ESTATE OF DAMON LAMONT           )
    FALLS, deceased,                 )
vs.                                  ) Case No. CIV-12-755-L
                                     )
(1) DANIEL HERRING,                  )
    Individually, while acting)
    under color of law, as an )
    Oklahoma City Police             )
    Officer, and                     )
(2) JACOB COLE, Individually, )
    while acting under color  )
    of law, as an Oklahoma           )
    City Police Officer, and  )
(3) ZACHARY MILLER,                  )
    Individually, while acting)
    under color of law, as an )
    Oklahoma City Police             )
    Officer, and                     )
(4) RAMON CASTRO,                    )
    Individually, while acting)
    under color of law, as an )
    Oklahoma City Police             )
    Officer, and                     )
(5) AARON WAKE, Individually, )
    while acting under color  )
    of law, as an Oklahoma           )
    City Police Officer, and  )
(6) TYLER DUNCAN,                    )
    Individually, while acting)
    under color or law, as an )
    Oklahoma City Police             )
    Officer, and                     )
(7) THE CITY OF OKLAHOMA CITY )
    a municipal Corporation,  )

            DEPOSITION OF TYLER SCOTT DUNCAN
            TAKEN ON BEHALF OF THE PLAINTIFF
                   ON JULY 10, 2013
              IN OKLAHOMA CITY, OKLAHOMA

        REPORTED BY:  JILL OTWELL, CSR, RPR

1   Q   Were you following behind Officer Herring?
2   A   I can't remember who was where.
3   Q   Were you in close proximity to Officer
4   Herring?
5   A   Yes.
6   Q   Did you engage your lights and siren?
7   A   Yes.
8   Q   How long did it take you to get to the scene
9   where Mr. Falls was located?
10  A   If I had to guess, I would say under a
11  minute.  I can't put specific seconds.
12  Q   You were getting there as quickly as you
13  could?
14  A   Yes.
15  Q   Did you make any observations as you were in
16  your car approaching the scene about what was going
17  on?
18  A   When I got to the scene, I just saw several
19  officers wrestling a subject on the ground.  The
20  subject on his stomach.
21  Q   Did you make those observations prior to
22  exiting your car?
23  A   Yes.
24  Q   Where did you park?
25  A   I parked along the south curb line of

1  Southeast 44th Street.  Probably about ten to 20 feet
2  away from where the officers were.
3     Q   Tell me the observations that you made as
4  you were approaching Mr. Falls.
5     A   As I ran towards the officers or Mr. Falls,
6  I noticed his legs.  He was trying to get his legs up
7  under him.  His left leg, he was moving trying to get
8  up under him.  And usually when a suspect does that,
9  they're trying to get enough pressure underneath him
10 to push the officers off of their back and everything.
11 And then I noticed him kicking his left foot, actually
12 both feet back in a direction to where an officer was
13 on his back straddling him.
14    Q   Did you see him make contact with his left
15 leg with any officer that was on him?
16    A   No.
17    Q   In order -- you said he was trying to get
18 his leg up under him.  Was he attempting to move his
19 left knee forward?
20    A   Yes.  You could say he was trying to put his
21 leg up underneath him, yes.
22    Q   These are observations you made after you
23 exited your car and were traveling this 10 to 20 feet
24 to get to this area?
25    A   Yes.  Running towards him.

1  those commands?
2      A    Yes.  There were several.
3      Q    So as you're approaching the scene, you're
4  assessing what's going on?
5      A    Uh-huh.
6      Q    Is that yes?
7      A    Yes.  Sorry.
8      Q    And you decide based on that assessment what
9  your course of action is going to be?
10     A    Yes.
11     Q    You don't ask anyone what you need to do, do
12 you?
13     A    No.
14     Q    You know immediately that you're going to
15 get on that left leg?
16     A    Yes.
17     Q    Tell me what you did when you got on the
18 left leg.
19     A    When I got on the left leg, I put my knees
20 across the calf area.  I think my right leg a little
21 bit underneath where his thigh was to pin it to the
22 ground.  And then I performed an X-lock on his lower
23 shin.
24     Q    Had you already removed your baton as you're
25 approaching?