IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

1.  AVIS HUNT, as Special Administrator    )
    for the ESTATE OF DAMON                )
    LAMONT FALLS, deceased,                )
                                           )
                Plaintiff,                 )
                                           )
v.                                         )        Case No.  CIV-12-755-L
                                           )
1.  JACOB COLE, Individually,              )
2.  RAMON CASTRO, Individually,            )
3.  AARON WAKE, Individually,              )
4.  THE CITY OF OKLAHOMA CITY,             )
                                           )
                Defendants.                )

## DISMISSAL WITHOUT PREJUDICE
## AS TO ALL REMAINING DEFENDANTS

Plaintiff, Avis Hunt, as Special Administrator for the Estate of Damon Lamont

Falls, deceased, hereby dismisses the above-styled action without prejudice to the

refiling of same.  Counsel for Plaintiff has spoken with Defendants' counsel and there

is no objection.

Respectfully submitted,


s/Derek Franseen
Micky Walsh, OBA #9327
Derek S. Franseen, OBA #30557
Beeler, Walsh & Walsh, PLLC
4508 N. Classen Boulevard
Oklahoma City, Oklahoma 73118
(405) 843-7600 - Telephone
(405) 606-7050 - Facsimile
Counsel for Plaintiffs

and

Christopher W. Landes, OBA No. 19857
Devinney Law Firm, P.C.
115 E. Grand
Ponca City, OK 74601
Telephone: (580) 765-9660
Facsimile: (580) 765-9691

## <u>CERTIFICATE OF ELECTRONIC FILING & NOTICE</u>

This is to certify that on this 1st day of November, 2013, I electronically transmitted this document to the Clerk of the Court using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Richard C. Smith, OBA No. 8397
Jennifer Warren, OBA No. 30284
Assistant Municipal Counselors
200 N. Walker, Ste. 400
Oklahoma City, OK 73102
Telephone: (405) 297-2451
Facsimile: (405) 297-3851
rick.smith@okc.gov
Attorneys for City of Oklahoma City

Susan Knight, OBA No. 14594
Stacey Haws Felkner, OBA No. 14737
Manchester & Knight, PLLC
One Leadership Square, Ste. 800N
211 N. Robinson
Oklahoma City, OK 73102
Telephone: (405) 235-4671
Facsimile: (405) 235-5247
Attorneys for Officers Cole, Castro, Wake

/s/ Derek S. Franseen
Derek S. Franseen